*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided June 10, 2008

▬▬▬▬▬

STATE OF CONNECTICUT *v.* EHSON ROSADO

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 517 (AC 26322), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Raymond L. Durelli*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided June 10, 2008

▬▬▬▬▬

STATE OF CONNECTICUT *v.* VEASNA TOK

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 241 (AC 27315), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided June 10, 2008

▬▬▬▬▬